UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Cr. No. 08-714

-vs- :

JUAN BAUTISTA : ORDER OF RELEASE

It is on this 10th day of June 2008 ORDERED:

That bail be fixed at $100,000 and the defendant be released upon unsecured appearance bond co-signed by Shakeh Bautista.

It is further ORDERED that, in addition to the above, the following conditions are imposed:

1. Pretrial Services supervision
2. ~~No use of computers/internet or internet capable devices~~
3. Any approved computer/internet capable deviced shall by subject to inspection and monitoring, which may include but is not limited to manual inspection and/or software monitoring, by Pretrial Services
4. Mental health testing and treatment as directed by Pretrial Services
5. Drug testing and treatment as directed by Pretrial Services
6. No contact with minors unless in the presence of third party custodian
7. Surrender passport and not apply for any new travel documents
8. Travel restricted to the District of New Jersey, unless otherwise approved by Pretrial Services

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
WILLIAM H. WALLS, U.S.S.D.J.

I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

_____
Loretta McCall, Deputy Clerk

## NOTICE OF PENALTIES APPLICABLE
## TO THE VIOLATION OF CONDITION OF RELEASE

Title 18, United States Code, Section 3146(c) provides that a warrant for the arrest of a defendant will be issued immediately upon any violation of the conditions of release. Conditions of release include those contained in the Appearance Bond the defendant bay be required to execute.

Title 18, United States Code, Section 3150, provides that if the defendant willfully fails to appear as required he shall incur a forfeiture of any security given or pledged; and in addition:

1. If the release was in connection with a charge of felony, or while awaiting sentence or pending appeal, he shall be fined not more than $5,000 or imprisoned not more than five years, or both.

2. If the charge was a misdemeanor, he shall be fined not more than the maximum provided for such misdemeanor or imprisoned for not more than one year, or both.

3. If the above release relates to an appearance of a

material witness, the penalty for willfully failing to appear is a fine of not more tan $1,000 or imprisonment for not more than one year, or both.